# IN THE UNITED STATES COURT OF APPEALS
# FOR THE THIRD CIRCUIT

| | |
|---|---|
| DAMON ATKINS,<br>　　　　Appellee,<br><br>　　　　v.<br><br>CITY OF READING, et al.,<br>　　　　Appellants. | No. 24-2611<br><br>(E.D. Pa. No. 5:23-CV-02732-JMG) |

## CROSS-APPELLANT'S MOTION TO ACCEPT LATE FILING

NOW COMES, Appellee / Cross-Appellant Damon Atkins, who files this Motion and represents the following to the Court:

1. By Order at ECF No. 4, this Court imposed on the parties a deadline of 14 days to file responses to the question raised, which deadline was Friday, September 20, 2024.

2. Undersigned counsel was on vacation, and out-of-state, from September 13 through September 22, 2024, and had to interrupt the vacation for an evidentiary hearing on September 18th for a client in the U.S. Bankruptcy Court for the Eastern District of Pennsylvania.

3. In-between vacation and trial prep for the U.S. Bankruptcy Court matter, undersigned counsel overlooked the September 20th deadline and filed the Response to the Court's order today.

1

4.  Undersigned counsel apologizes to the Court for the lapse in timely complying with the Court's Order at ECF No. 4.

5.  Notwithstanding counsel's error, the delay of two business days in filing the response did not cause any prejudice to the appellate review process in this case. Consequently, based on the foregoing, Damon Atkins respectfully requests that the Court excuse the lateness of the filing at ECF No. 13.

**WHEREFORE**, based on the foregoing, Cross-Appellant Damon Atkins respectfully requests that the Court enter an order, excusing the lateness of the Response to Order to Show Cause at ECF No. 13; and such other relief as the Court deems necessary, just, or appropriate.

Respectfully submitted,

**CORNERSTONE LAW FIRM, LLC**

Dated: September 24, 2024     By:   /s/ Joel A. Ready
Joel A. Ready, Esquire
PA Attorney I.D. # 321966
8500 Allentown Pike, Suite 3
Blandon, PA 19510
(610) 926-7875